**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7228**

KEVIN I. SHORT,

                    Plaintiff - Appellant,

          v.

BOBBY SHEARIN, Warden, N.B.C.I.; MS. LEGGE, Mailroom
Supervisor, NBCI/WCI; LT. WILT, ARP Coordinator, NBCI; MS.
ROBIN WOOLFORD, Deputy of IGO; MARY J. ROSE, Mailroom
Supervisor,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, Senior District Judge.
(8:13-cv-03176-RWT)

Submitted: December 18, 2014        Decided: December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin I. Short, Appellant Pro Se. Thomas E. Dernoga, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin I. Short appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Short v. Shearin, No. 8:13-cv-03176-RWT (D. Md. July 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2